Opinion issued September 11, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00725-CV

____________


UNITED HEALTH CARE OF TEXAS, Appellant


V.


ABLE, MONROE & WALKER, Appellee






On Appeal from the 280th District Court

Harris County, Texas

Trial Court Cause No. 0307148






MEMORANDUM OPINION

 The appellant has filed an unopposed motion to dismiss its appeal. No opinion
has issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Hanks.